IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02113-CNS-KAS

KRISTINE MARANDOLA, a citizen of Arizona,

    Plaintiff,

v.

PUEBLO SUZUKI, INC., a Colorado corporation, doing business as
ROCKY MOUNTAIN BOAT COMPANY;
LAND 'N' SEA DISTRIBUTING, INC., a Florida corporation, doing business as
SEACHOICE PRODUCTS; and
ATTWOOD CORPORATION, a Delaware corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on **Plaintiff's Motion for Sanctions for Alteration and Destruction of Material Evidence** [#119] (the "Motion"). The Motion [#119] seeks spoliation sanctions related to Plaintiff's contention that the photos of the Attwood carabiner, which Defendant Attwood produced on May 17, 2023—Bates numbered ATTWOOD 000049 and ATTWOOD 000050—were digitally manipulated to remove relevant evidence that contradicts claims Attwood previously made in declarations under oath, and which Plaintiff asserts are "central to product identification in this case." *Id.* at 2.

The Motion [#119] is premature in light of the fact that the Court reopened discovery on this issue in its Order [#133] of October 25, 2023. Related to that issue, the Motion [#119] does not "put forth any evidence that would in any way suggest that Attwood altered the two photos at issue after the preservation duty arose." *Attwood Response* [#125] at 2. Accordingly,

IT IS HEREBY **ORDERED** that Plaintiff's Motion for Sanctions for Alteration and Destruction of Material Evidence [#127] is **DENIED WITHOUT PREJUDICE** as premature.

    Dated:   October 31, 2023